FILED

SEP 2 6 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RODNEY REED, | § | |
| | § | |
| PETITIONER, | § | |
| | § | CAUSE NO.   A-02-CV-142-LY |
| V. | § | |
| | § | |
| RICK THALER, | § | |
| | § | |
| RESPONDENT. | § | |

## FINAL JUDGMENT

Before the court is the above-entitled cause of action.  On this date, the court accepted and adopted the Magistrate Judge's Report and Recommendation and denied Petitioner Rodney Reed's Corrected Second Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS HEREBY ORDERED that the above-entitled cause of action is CLOSED.

SIGNED this 25th day of September, 2012.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE